IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cr-187-4-BO

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) |
| | ) **ORDER TO CONTINUE** |
| JEROME BERNARD NEAL, | ) **ARRAIGNMENT** |
| | ) |
| Defendant. | ) |

This matter comes before the Court on motion by counsel for Defendant to continue the arraignment of Defendant, Jerome Bernard Neal in the above captioned case.

For good cause shown, the court hereby GRANTS the motion, and continues the arraignment in the above captioned case to this Court's ⎯Sept17⎯ term.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) in that the reasons stated in the motion demonstrate the ends of justice served by granting this continuance outweigh the best interest of the defendant and the public in a speedy trial.

This the 14 day of September, 2015.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge